IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**UNITED FINANCIAL CASUALTY COMPANY**                                    **PLAINTIFF**

v.                                          NO. 12-2154

**KENNETH SHANE SHELTON**
**JESSA ANDERSON**                                                       **DEFENDANTS**

## MOTION TO DISMISS OR STAY

Comes now Defendant Jessa Anderson, by and through her counsel, pursuant to U.S.D.C. W.D. Ark. L.R. 7.2, and Fed. R. Civ. P. 12, and for her Motion to Dismiss or Stay, states and alleges as follows:

1. Defendant Jessa Anderson respectfully requests that this Court dismiss Plaintiff's declaratory judgment action on insurance coverage or stay the action until the underlying parallel state action is resolved.

2. A pending parallel state court action is currently filed in Polk County, Arkansas. The Complaint is attached hereto as Exhibit "1" and incorporated herein by reference. In that case, there are eight necessary parties in addition to the three named in this declaratory judgment action. There will be extensive fact gathering in the state court proceeding, which involves a motor vehicle accident, and a purported, but meaningless transfer of an insured tractor-trailer, which occurred between family members, including insurance rated and covered family members.  Anderson respectfully submits that insurance coverage can be addressed by the state court as all issues concern Arkansas law, the parties to the accident are all from Mena, Polk County Arkansas, and the insurance coverage is through an Arkansas insurance policy.  Further, Arkansas state law will govern the issue of insurance coverage, not federal law.

3. The insurance coverage issues to be determined in this declaratory judgment

action are exactly the same as those to be determined in the state court action.

4. Because the parallel state action is of the same nature and scope of this declaratory judgment action and addresses these same state law insurance coverage issues, declining jurisdiction will promote judicial economy and efficiency.

5. The claims of all parties in interest can be adjudicated satisfactorily in the state court action. Conversely, this declaratory judgment action will not provide direction for all parties in interest, nor be binding on all necessary parties. The state court decision would bind all of the necessary parties for a complete decision on the same issues brought in this lawsuit and, therefore, promote judicial economy and avoid potential multiple litigation on the same issues.

6. Because the issue in this lawsuit will be resolved among all the necessary parties in the state court action, this case should be dismissed or stayed.

7. A Memorandum Brief in Support of this Motion to Dismiss or Stay is filed contemporaneously herewith with supporting facts and applicable law.

WHEREFORE, Defendant Jessa Anderson prays that this Court grant her Motion to Dismiss or Stay and for all other proper relief deemed equitable, appropriate and just.

                                                  Respectfully submitted,

By:   /s/ Richard Quintus
       Phillip J. Duncan, ABN 74039
       Richard Quintus, ABN 2000078
       William R. Pointer, ABN 2007216
       Justin Zachary, ABN 2010162
       DUNCAN FIRM, P.A.
       900 S. Shackleford, Suite 725
       Little Rock, AR 72211
       (501) 228-7600
       (501) 228-0415 *facsimile*
       phillip@duncanfirm.com

**CERTIFICATE OF SERVICE**

 I, Richard Quintus, do hereby certify that I have sent a copy of the foregoing to the following via CM/ECF system on this 12th day of November, 2012:

Mr. Roy Gene Sanders
Matthews, Sanders & Sayes
825 West Third Street
Little Rock, AR 72201
(501) 378-0717
(501) 375-2924, *facsimile*
rsanders@msslawfirm.com

Mr. Richard N. Watts
Watts, Donovan & Tilley, P.A.
200 River Market Avenue, Suite 200
Little Rock, AR 72201-1769
(501) 372-1406
(501) 372-1209, *facsimile*
richard.watts@wdt-law.com

            /s/ Richard Quintus
            Richard Quintus